

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-14-2007

# CSX Trans Co v. Novolog Bucks Cty

Precedential or Non-Precedential: Precedential

Docket No. 06-3431

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"CSX Trans Co v. Novolog Bucks Cty" (2007). *2007 Decisions.* Paper 340.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/340

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 06-3431

**CSX Transportation, Inc., Appellant**
v.
**Novolog Bucks County**

(Eastern District of Pennsylvania -  D.C. 04-cv-04018)

**Present: SLOVITER, ALDISERT and ROTH, <u>Circuit Judges</u>**

1. Motion by Appellant for Summary Action to Modify the Opinion
of this Court filed September 5, 2007.

/s/ Carmella L. Wells
Carmella L. Wells 267-299-4928
Case Manager

**Response due 09/28/07**

**O R D E R**

**The foregoing** motion to modify the opinion is **granted**.

**By the Court,**

**/s/ Jane R. Roth**
**Circuit Judge**

**Dated:**  September 14, 2007

ARL/cc: CLH; PDK; JKF; FAT